PEOPLE v. ROSS. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Proceeding by the People of the State of New York against Frank Ross. In the matter of the application of John Meehan and Lewis M. Jones for a remission of the forfeiture of bail in an action entitled "People of the State of New York v. Frank Ross." No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. ROTHSTEIN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Proceeding by the People of the State of New York against Morris Rothstein and another. C. G. F. Wahle, of New York City, for appellants. R. S. Johnstone, of New York City, for the People. No opinion. Judgments affirmed. Orders filed.

PEOPLE, Respondent, v. SALVATORE, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Proceeding by the People of the State of New York against Frank Salvatore. J. A. Sullivan, of New York City, for appellant. F. Martin, of New York City, for the People.

PER CURIAM. Judgment affirmed. Order filed.

HOTCHKISS, J., dissents.

PEOPLE v. SYLVESTRO. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Proceeding by the People of the State of New York against Angelo Sylvestro. No opinion. Motion granted, on condition that appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. TOBLINSKY, Appellant. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Proceeding by the People of the State of New York against Joseph Toblinsky. K. H. Rosenberg, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. VACANTI, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Proceeding by the People of the State of New York against Joe Vacanti. No opinion. Judgment of conviction affirmed.

PEOPLE v. ZILBERT. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Proceeding by the People of the State of New York against Rudolph Zilbert. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE ex rel. BERMINGHAM, Respondent, v. DEXTER SULPHITE PULP & PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Proceeding by the People of the State of New York, on the relation of E. J. Bermingham, against the Dexter Sulphite Pulp & Paper Company. No opinion. Order affirmed, with costs, without prejudice to an application at Special Term for a limitation or modification of the order, in case the relator exercises the right given arbitrarily or oppressively. See Matter of Gould, 201 N. Y. 597, 95 N. E. 1129.

PEOPLE ex rel. CITY OF NEW YORK v. DICKEY et al. (five cases). (Supreme Court, Appellate Division, First Department. March 27, 1914.) Proceedings by the People of the State of New York, on the relation of the City of New York, against William D. Dickey, Chairman, and others. C. J. Nehrbas, of New York City, for relator. B. E. V. McCarty, of New York City, for defendants.

PER CURIAM. Writs sustained, with $50 costs and disbursements to relator, and awards annulled, on People ex rel. Astor v. Dickey, 157 App. Div. 794, 142 N. Y. Supp. 776. Settle order on notice.

PEOPLE ex rel. FITZGERALD, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Proceeding by the People of the State of New York, on the relation of Peter Fitzgerald, against Charles D. Collins.

PER CURIAM. Judgments of the County Court and of the Court of Special Sessions reversed. Held, that the failure of the justice to keep any minutes of the testimony renders it impossible to determine that part of defendant's appeal which alleges that his conviction is unsupported by evidence. People v. Giles, 12 App. Div. 495, 42 N. Y. Supp. 749; Id. 152 N. Y. 136, 46 N. E. 326; People ex rel. Commissioner v. Benson, 63 App. Div. 142, 71 N. Y. Supp. 274; People v. Hines, 57 App. Div. 419, 68 N. Y. Supp. 276.

PEOPLE ex rel. HERALD ADVERTISER PUB. CO. v. CITY OF DUNKIRK et al. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Proceeding by the People of the State of New York, on the relation of the Herald Advertiser Publishing Company, against the City of Dunkirk and others. No opinion. Writ of certiorari dismissed, without costs, and without passing upon the merits, the time covered by the printing contract having expired.

PEOPLE ex rel. HITCHCOCK v. OFFICERS OF UNION FERRY CO. OF NEW YORK & BROOKLYN. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Proceeding by the People of the State of New York, on the relation of Francis R. Hitchcock, against the Officers of the Union Ferry Company of New York & Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LYON v. NELSON et al. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Proceeding by the People of the State of New York, on the relation of E. De Votte Lyon, against Thomas Nelson and others, as the Board of Trustees of the Village of Peekskill, and Albert E. Cruger, as Clerk of said Village. No opinion. Motion